# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Trident Resources Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): **98-0412788** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **Suite 1000, 444-7th Avenue S.W. Calgary, Alberta T2P 0X8 Canada** ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Out of the Country** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **3500 South Dupont Highway Dover, DE** ZIP CODE **19901** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (Consolidated with affiliates)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities (Consolidated with affiliates)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trident Resources Corp.** | | |
|---|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: **None** | Case Number: | | Date Filed: |
| Location Where Filed: **N/A** | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: **See Attachment A** | Case Number: | | Date Filed: |
| District: **Delaware** | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| **NOT APPLICABLE** | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>**NOT APPLICABLE** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

(Official Form 1) (1/08)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trident Resources Corp.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

---

*[signature]*

Signature of Attorney for Debtor(s)

**Mark D. Collins**
Printed Name of Attorney for Debtor(s)

**Richards, Layton & Finger, P.A.**
Firm Name

**One Rodney Square, 920 North King Street**
Address

**Wilmington, Delaware, 19801**

**(212) 872-1000; Fax: (212) 872-1002**
Telephone Number

**collins@rlf.com**

September 8, 2009

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Alan G. Withey**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**September 8, 2009**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Schedule 1

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE |||
|---|---|---|
| **Name of Debtor:** Trident Resources Corp. | **Case No.** 09-_____ ( ) | **Date Filed:** September 8, 2009 |
| **District:** District of Delaware | **Relationship:** Affiliate | **Judge:** Pending |
| **Name of Debtor:** Aurora Energy LLC | **Case No.** 09-_____ ( ) | **Date Filed:** September 8, 2009 |
| **District:** District of Delaware | **Relationship:** Affiliate | **Judge:** Pending |
| **Name of Debtor:** NexGen Energy Canada, Inc. | **Case No.** 09-_____ ( ) | **Date Filed:** September 8, 2009 |
| **District:** District of Delaware | **Relationship:** Affiliate | **Judge:** Pending |
| **Name of Debtor:** Trident CBM Corp. | **Case No.** 09-_____ ( ) | **Date Filed:** September 8, 2009 |
| **District:** District of Delaware | **Relationship:** Affiliate | **Judge:** Pending |
| **Name of Debtor:** Trident USA Corp. | **Case No.** 09-_____ ( ) | **Date Filed:** September 8, 2009 |
| **District:** District of Delaware | **Relationship:** Affiliate | **Judge:** Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
TRIDENT RESOURCES CORP.,                      :    Case No. 09-_____ (___)
                                              :
                                              :
                    Debtor.                   :
------------------------------------------------------------x

## EXHIBIT "C" TO VOLUNTARY PETITION

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF TRIDENT RESOURCES CORP.

The board of directors (the "Board") of Trident Resources Corp., a Delaware corporation (the "Company"), adopted the following resolutions by vote at a duly noticed meeting on the 7th day of September, 2009, pursuant to the bylaws of the Company:

> WHEREAS, the Board reviewed the materials presented by the management and the advisors of the Company regarding the liabilities of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

> WHEREAS, the Board has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

NOW, it is hereby:

## I. Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code/Application for Relief Under the Companies Creditors Arrangement Act (Canada)

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company file or cause to be filed both a voluntary petition (the "Petition") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and an application (the "Application") as a debtor company to seek creditor protection pursuant to the Companies Creditors Arrangement Act (Canada), as amended (the "CCAA"); and

RESOLVED, that the officers of the Company (collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify or certify both the Petition and the Application and cause the Petition to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the Application to be filed in the Court of Queen's Bench of Alberta, Judicial District of Calgary (the "Canadian Bankruptcy Court") at such time as the Authorized Officer executing the Petition and the Application shall determine and in such form or forms as such Authorized Officer may approve; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Akin Gump Strauss Hauer & Feld LLP as general United States bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings in the chapter 11 cases; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11

cases and cause to be filed an appropriate application for authority to retain the services of Akin Gump Strauss Hauer & Feld LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Fraser Milner Casgrain LLP as general Canadian bankruptcy counsel to represent and assist the Company in carrying out its duties under the CCAA and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings in the CCAA proceedings; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the CCAA cases and cause to be filed an appropriate application for authority to retain the services of Fraser Milner Casgrain LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Richards, Layton & Finger, P.A. as Delaware counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings in the Chapter 11 cases; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases, and cause to be filed an appropriate application for authority to retain the services of Richards, Layton & Finger, P.A.; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Rothschild Inc. as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the CCAA and to take any and all actions to advance the Company's rights and obligations in the chapter 11 cases and the CCAA proceedings; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and the CCAA proceedings and cause to be filed an appropriate application for authority to retain the services of Rothschild Inc.;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ The Garden City Group, Inc., as notice, claims and balloting claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations in the chapter 11 cases; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of The Garden City Group, Inc.; and

RESOLVED, that the Authorized Officers be and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and the CCAA; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases and the CCAA proceedings and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## II. Further Actions and Prior Actions

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

## TRIDENT RESOURCES CORP.

## OFFICERS' CERTIFICATE

The undersigned, Eugene I. Davis, the chairman of the board of directors of Trident Resources Corp., a Delaware corporation (the "Company"), and Alan G. Withey, the duly elected and qualified Chief Financial Officer of the Company, do each hereby certify, in their respective capacities, on behalf of the Company, that (a) the aforementioned resolutions are a true, complete and correct copy of the resolutions of the Board of Directors of the Company (the "Board of Directors"), duly adopted at a meeting of the Board of Directors held on the 7th day of September, 2009, in accordance with the bylaws of the Company and (b) said resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, each of the undersigned has executed this certificate as of this 7th day of September, 2009.

By: _____
Eugene I. Davis
Chairman of the Board


By: _____
Alan G. Withey
Chief Financial Officer

# TRIDENT RESOURCES CORP.

## OFFICERS' CERTIFICATE

The undersigned, Eugene I. Davis, the chairman of the board of directors of Trident Resources Corp., a Delaware corporation (the "Company"), and Alan G. Withey, the duly elected and qualified Chief Financial Officer of the Company, do each hereby certify, in their respective capacities, on behalf of the Company, that (a) the aforementioned resolutions are a true, complete and correct copy of the resolutions of the Board of Directors of the Company (the "Board of Directors"), duly adopted at a meeting of the Board of Directors held on the 7th day of September, 2009, in accordance with the bylaws of the Company and (b) said resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, each of the undersigned has executed this certificate as of this 7th day of September, 2009.

By:_____
Eugene I. Davis
Chairman of the Board

By:_____
Alan G. Withey
Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
**In re:**                                                     :  Chapter 11
                                                               :
**TRIDENT RESOURCES CORP.,**                                   :  Case No. 09-_____ (___)
                                                               :
                                                               :
                                    Debtor.                    :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING UNSECURED CLAIMS

The following is a list of creditors holding unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").[1] This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of September 8, 2009. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

## DECLARATION CONCERNING CONSOLIDATED
## LIST OF UNSECURED CREDITORS

I, the undersigned authorized officer of Trident Resources Corp., named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have reviewed the consolidated unsecured creditor list submitted with the petition of Trident Resources Corp., and that the list is true and correct to the best of my information and belief.

---

[1] The Debtors in these chapter 11 cases, along with each Debtor's place of incorporation and the last four digits its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

Dated: September 8, 2009

By: [signature] Alan G. Withey
Title: Chief Financial Officer

| Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, and fax number (if available) | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Wells Fargo Bank, N.A., as Administrative Agent | Attention: Andrew Nyquist 45 Broadway, 14th Floor New York, NY 10006 | Bank Debt | NA[2] | $136.86MM[3] |
| Credit Suisse, as Administrative Agent | Attention: Edith Chan 1 First Canadian Place, Suite 3000 P.O. Box 301 Toronto, Ontario M5X 1C9 | Bank Debt | NA[4] | Unknown |

---

[2] The Debtors reserve all of their rights with respect to the claim.

[3] Based on a U.S. / Canadian exchange rate from Bloomberg Wire Service of 1.0763 as of the Petition Date.

[4] The Debtors reserve all of their rights with respect to the claim.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
**In re**                                                      :  **Chapter 11**
                                                               :
**TRIDENT RESOURCES CORP.,**                                   :
                                                               :  **Case No. 09-_____ ( )**
                                                               :
         **Debtor.**                                           :
                                                               :
---------------------------------------------------------------x

## CONSOLIDATED CREDITOR LIST

The debtor and its debtor affiliates set forth on Schedule 1 to the petition (collectively, the "Debtors") each filed a petition in this Court on September 8, 2009 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists.

## DECLARATION CONCERNING CONSOLIDATED CREDITOR LIST

I, the undersigned authorized officer of Trident Resources Corp. named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have reviewed the consolidated creditor list submitted with the petition of Trident Resources Corp., and that the list is true and correct to the best of my information and belief.

Dated: September 8, 2009

By: Alan G. Withey
Title: Chief Financial Officer

| Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, and fax number (if available) |
|---|---|
| Credit Suisse, as Administrative Agent | Attention:<br>Edith Chan<br>1 First Canadian Place, Suite 3000 P.O. Box 301<br>Toronto, Ontario M5X 1C9 |
| Wells Fargo Bank, N.A., as Administrative Agent | Attention:<br>Andrew Nyquist<br>45 Broadway,<br>14th Floor<br>New York, NY 10006 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          :
**In re**                                 :   Chapter 11
                                          :
**TRIDENT RESOURCES CORP.,**              :
                                          :   Case No. 09-_____ (   )
                                          :
          **Debtor.**                     :
                                          :
---------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of Trident Resources Corp., in the above captioned action, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of equity interests of Trident Resources Corp.:

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| Aurora Energy Partners LP<br><br>c/o Pearson Law PC Suite 500, 10 W. Broadway Salt Lake City, UT 84101 | Common Shares, par value $0.0001<br><br>Series A Preferred, par value $0.0001 | 31% |
| The Charles S. McNeil Family Trust<br><br>c/o Alaska Trust Company Suite 510, 1029 West Third Ave. Anchorage, AK 99051 | Common Shares, par value $0.0001<br><br>Series A Preferred, par value $0.0001 | 11.8% |

Dated: September 8, 2009

By: Alan G. Withey
Title: Chief Financial Officer