# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIDENT RESOURCES CORP. | : | Case No. 09-13150 (MFW) |
| | : | |
| Debtor. | : | **Re: Docket No. 3** |

-----------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NEXGEN ENERGY CANADA, INC. | : | Case No. 09-13151 (MFW) |
| | : | |
| Debtor. | : | **Re: Docket No. 3** |

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIDENT CBM CORP. | : | Case No. 09-13153 (MFW) |
| | : | |
| Debtor. | : | **Re: Docket No. 3** |

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIDENT USA CORP. | : | Case No. 09-13152 (MFW) |
| | : | |
| Debtor. | : | **Re: Docket No. 3** |

-----------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AURORA ENERGY LLC. | : | Case No. 09-13154 (MFW) |
| | : | |
| Debtor. | : | **Re: Docket No. 3** |

-----------------------------------------------------x

## ORDER PURSUANT TO BANKRUPTCY RULE 1015
## GRANTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Debtors'[1] Motion Pursuant to Bankruptcy Rule 1015 Requesting Joint

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

RLF1-3431370-2

Administration of the Chapter 11 Cases (the "Motion"),[2] and upon consideration of the Affidavit of Todd A. Dillabough in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief (the "Dillabough Affidavit"); and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the Bankruptcy Code; and the Debtors having properly provided notice to (i) the United States Trustee for the District of Delaware; (ii) the largest unsecured creditors in these cases (on a consolidated basis); (iii) each of the agents, or their counsel, if known, under the Debtors' prepetition credit facilities; (iv) the Office of the United States Attorney for the District of Delaware; and (v) the Internal Revenue Service, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having heard the evidence and statements of counsel regarding the Motion and having determined that the legal and factual bases set forth in the Motion and in the Dillabough Affidavit establish just cause for the relief granted herein, it is therefore

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion.

2

**ORDERED**, that the Clerk of Court shall maintain one file and one docket for the Debtors' Chapter 11 Cases, and which file and docket shall be the file and docket for the Chapter 11 Case of Debtor Trident Resources Corp. et al., **Case No. 09- 13150**; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIDENT RESOURCES CORP., et al.,[1] | : | Case No. 09-13150 (MFW) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------x

; and it is further

  **ORDERED**, that a docket entry shall be made in each of Debtors' Chapter 11 Cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of Trident Resources Corp.; NexGen Energy Canada, Inc.; Trident CBM Corp.; Aurora Energy LLC; and Trident USA Corp. The docket in **Case No. 09-13150** should be consulted for all matters affecting this case.

; and it is further

  **ORDERED**, that all time periods referenced in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further

---

[1]  The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451). The corporate address for each of the Debtors is Suite 1000, 444-7th Avenue SW Calgary, Alberta T2P 0X8 Canada.

3

**ORDERED**, that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules 4001(d) and 6004(a) are waived; and it is further

**ORDERED**, that notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: September 10, 2009
       Wilmington, Delaware

                                       THE HONORABLE MARY F. WALRATH
                                       UNITED STATES BANKRUPTCY JUDGE