IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TRIDENT RESOURCES CORP., *et al.*, | § | |
| | § | |
| | § | Case No. 09-13150 |
| Debtors | § | (Joint Administration Pending) |
| | § | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF DAVID W. WIRT

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David W. Wirt, Esquire of Locke Lord Bissell & Liddell LLP, 111 South Wacker Drive, Chicago, Illinois 60606, to represent McDonnell Loan Opportunity Fund Ltd. in the above-referenced bankruptcy case.

POLSINELLI SHUGHART PC

By: /s/ Christopher A. Ward
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

1787339.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ *David W. Wirt*
**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-0700
Fax: (312) 443-0336
dwirt@lockelord.com

Dated: September 10, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 11, 2009

United States Bankruptcy Judge