IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
TRIDENT RESOURCES CORP., et al.,[1] : Case No. 09-13150 (MFW)
:
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

## SCHEDULES OF ASSETS AND LIABILITIES OF TRIDENT RESOURCES CORP.

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451). The corporate address for each of the Debtors is Suite 1000, 444-7th Avenue SW Calgary, Alberta T2P 0X8, Canada.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## GENERAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES AND STATEMENTS (THE "GLOBAL NOTES")

### GENERAL

On September 8, 2009 (the "Petition Date"), Trident Resources Corp., NexGen Energy Canada, Inc., Trident USA Corp., Trident CBM Corp. and Aurora Energy LLC (collectively, the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only. The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements"), including all attachments thereto, have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors and are unaudited.

While the Debtors' management has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may have occurred. The Schedules and Statements remain subject to further review and verification by the Debtors and their advisors. Unless otherwise noted, the information set forth herein is as of September 8, 2009. Subsequent receipt of information may result in material changes in financial data requiring amendment of the Schedules and Statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Debtors reserve their rights to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements filed by the Debtors, and should be referenced in connection with any review of the Schedules and Statements. Moreover, these Global Notes are in addition to any specific notes contained in the Debtors' Schedules or Statements. The fact that the Debtors have included notes with respect to any specific item in the Schedules or Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such a note to any other items in the remaining Schedules and Statements.

The Schedules and Statements have been signed by Alan G. Withey, in his capacity as Chief Financial Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Withey has necessarily relied upon the efforts, statements, and representations of the Debtors' accounting and non-accounting personnel. Mr. Withey has not (and could not have) personally verified the accuracy of each such statement and representation.

**Amendment.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary and appropriate.

1

**Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars. In certain instances, amounts may have been converted to U.S. dollars from Canadian dollars. In those instances, an exchange rate of 1.0763 obtained from Bloomberg Wire Service as of the petition date was used.

**Book Value.** Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the book value of the asset or liability in the Debtors' accounting books and records, rather than the current market values of such interests in property and/or liabilities. The Debtors reserve their right to amend or adjust the value of each asset or liability.

**Assets and Liabilities.**

Certain of the Debtors own rights to search for and extract natural gas from various parcels of land located throughout the United States. Those rights are reported in Schedule B with an unknown value as it would be unduly burdensome for the Debtors at this time to determine the value of those assets.

Unless otherwise noted, the liabilities listed represents amounts owed as of September 8, 2009. The Debtors have used their best efforts to allocate liabilities between the prepetition and postpetition periods based on the information available and research that was conducted in connection with the preparation of the Schedules and Statements although certain of the Debtors' liabilities are difficult to determine for a particular time period. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve their rights to change the allocation and amounts of liability to the extent additional information becomes available.

The Debtors have requested that they be authorized to pay certain of their prepetition obligations to, among others, insurance providers and taxing authorities. Pursuant to orders of the Bankruptcy Court, the Debtors have been granted authority to pay certain prepetition obligations and therefore such liabilities have been or will be satisfied and may or may not be listed in the Schedules and Statements.

As part of the Debtors' business operations, in the ordinary course of business, the Debtors use a cash management system ("Cash Management System") similar to those used by other large corporate enterprises to transfer funds between and among the Debtors and their non-debtor affiliates in order to manage their respective operations and cash needs. Such transfers give rise to claims held by one Debtor against another Debtor or by a non-debtor affiliate against a Debtor, or vice versa, which are difficult to determine as of the Petition Date and therefore have not been listed in the Schedules. The Debtors reserve their rights to amend the Schedules and Statements to reflect such claims. The Debtors have requested and have been granted authority to continue employing their Cash Management System.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purportedly granted to a secured creditor listed on Schedule D or perfected in any specific asset.

**Insiders:** The inclusion of a payment to an entity in response to Question 23 of the Statement of Financial Affairs shall not be deemed to be an admission that the recipient of such payments is an "insider" within the meaning of the Bankruptcy Code and the Debtors reserve all rights in that regard.

**Reservation of Rights**. While every effort has been made to provide complete and accurate information, the Debtors hereby reserve all of their rights to amend or supplement the Schedules and Statements, as they deem necessary or appropriate.

# United States Bankruptcy Court
## District of Delaware

In re    **Trident Resources Corp.**             Case No. **09-13150 (MFW)**
<br>Debtor

Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 764,500.74 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 410,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 136,860,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| | | Total Assets | 764,500.74 | | |
| | | | Total Liabilities | 546,860,000.00 | |

In re    **Trident Resources Corp.**             Case No.   **09-13150 (MFW)**
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Trident Resources Corp.**  Case No. __09-13150 (MFW)__
                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Canada Trust<br>2 Calgary Place, 340 - 5th Ave SW<br>Calgary, AB T2P 0L3<br>Account Type: Checking | - | 59,336.81 |
| | | TD Canada Trust<br>2 Calgary Place, 340 - 5th Ave SW<br>Calgary, AB T2P 0L3<br>Account Type: Money Market | - | 234,556.30 |
| | | TD Canada Trust<br>2 Calgary Place, 340 - 5th Ave SW<br>Calgary, AB T2P 0L3<br>Account Type: Checking | - | 39,170.97 |
| | | TD Canada Trust<br>2 Calgary Place, 340 - 5th Ave SW<br>Calgary, AB T2P 0L3<br>Account Type: Money Market | - | 317,436.66 |
| | | KeyBank National Association<br>4910 Tiedeman Road, Brooklyn Ohio<br>Account Type: Checking | - | 25,000.00 |
| | | KeyBank National Association<br>4910 Tiedeman Road, Brooklyn Ohio<br>Account Type : Mutual Fund | - | 89,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >     **764,500.74**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Trident Resources Corp.**            Case No. **09-13150 (MFW)**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Directors & Officers Liability Insurance - Primary Nasdaq Insurance Agency, LLC 1 Liberty Plz New York, NY 10006-1404** | - | **Unknown** |
| | | | **Directors & Officers Liability Insurance - Excess Policies (8) Nasdaq Insurance Agency, LLC 1 Liberty Plz New York, NY 10006-1404** | - | **Unknown** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Trident CBM Corp. Suite 1000 444 - 7th Avenue SW Calgary, AB, Canada 325,107 Common Shares 325,107 Perferred Shares** | - | **Unknown** |

                                                                                             Sub-Total >      **0.00**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re **Trident Resources Corp.** Case No. **09-13150 (MFW)**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Aurora Energy LLC<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>8,162 Common Shares<br>8,162 Perferred Shares | - | Unknown |
| | | NexGen Energy Canada, Inc.<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>100 Common Shares<br>833,857 Perferred Shares | - | Unknown |
| | | Trident USA Corp.<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>100 Common Shares | - | Unknown |
| | | Trident Exploration Corp.<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>6,123,593 Common Shares<br>2,000,000 Perferred Shares | - | Unknown |
| | | Trimar Testing Ltd.<br>4,400 Common Shares | - | Unknown |
| | | 981422 Alberta Ltd.<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>100 Common Shares | - | Unknown |
| | | NRL Energy Investments Ltd.<br>Suite 1000<br>444 - 7th Avenue SW<br>Calgary, AB, Canada<br>6951 Preferred Shares | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Balance -Trident Exploration Corp.** | - | Unknown |
| | | | Sub-Total ><br>(Total of this page) | 0.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Trident Resources Corp.** , Case No. **09-13150 (MFW)**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Intercompany Balance - Trident USA Corp.** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **Trident Resources Corp.**                                   Case No. __09-13150 (MFW)__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >  0.00
(Total of this page)
Total >  764,500.74

(Report also on Summary of Schedules)

In re  **Trident Resources Corp.**  Case No. __09-13150 (MFW)__
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9** | - | | **Date Incurred: 2006**<br><br><br>Value $ **Unknown** | | X | X | 410,000,000.00 | Unknown |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 410,000,000.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 410,000,000.00 | 0.00 |

B6E (Official Form 6E) (12/07)

In re  **Trident Resources Corp.**  Case No. __09-13150 (MFW)__
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Trident Resources Corp.**  ,  Case No. __09-13150 (MFW)__
       ────────────────────────────────────
                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Date Incurred: 2007 | | | | |
| WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 | - | | Based on a U.S. / Canadian exchange rate from Bloomberg Wire Service of 1.0763 as of the Petition Date. | X | X | | 136,860,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)    **136,860,000.00**

Total (Report on Summary of Schedules)    **136,860,000.00**

B6G (Official Form 6G) (12/07)

In re  **Trident Resources Corp.**                           Case No. __09-13150 (MFW)__
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Trident Resources Corp.**                                                   Case No.   **09-13150 (MFW)**
                                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 981384 ALBERTA LTD.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| 981384 ALBERTA LTD.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| 981405 ALBERTA LTD.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| 981405 ALBERTA LTD.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| AURORA ENERGY LLC<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| AURORA ENERGY LLC<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| FENERGY CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| FENERGY CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| FORT ENERGY CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |

  **1**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **Trident Resources Corp.**                                                Case No.   **09-13150 (MFW)**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FORT ENERGY CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| NEXGEN ENERGY CANADA, INC.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| NEXGEN ENERGY CANADA, INC.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| TRIDENT CBM CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| TRIDENT CBM CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| TRIDENT EXPLORATION CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| TRIDENT EXPLORATION CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |
| TRIDENT USA CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | CREDIT SUISSE, TORONTO BRANCH<br>ADMINISTRATIVE AGENT<br>ATTN: EDITH CHAN & ALAIN DAOUST<br>P.O. BOX 301 TORONTO, ON M5X 1C9 |
| TRIDENT USA CORP.<br>SUITE 1000<br>444 - 7TH AVENUE SW<br>CALGARY, AB, CANADA | WELLS FARGO, AS ADMINISTRATIVE AGENT<br>CORPORATE TRUST, ATTN: DAVID BERGSTROM<br>625 MARQUETTE AVE.<br>MAC N9311-110<br>MINNEAPOLIS, MN 55479 |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re **Trident Resources Corp.**     Case No. **09-13150 (MFW)**
                             Debtor(s)     Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____
                                                               Debtor

Date _____  Signature: _____
                                                               (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the **corporation** [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 23 , 2009**      Signature: */s/ Alan G. Withey*
                                                                     **Alan G. Withey**
                                                                     [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.