# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
TRIDENT RESOURCES CORP., et al.,[1] : Case No. 09-13150 (MFW)
:
: (Jointly Administered)
:
Debtors. : **Re: Docket No. 162**
---------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN OR PLANS AND SOLICIT ACCEPTANCES OF SUCH PLAN OR PLANS

Upon the motion (the "Motion")[2] of Trident Resources Corporation and the other above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the exclusive periods during which only the Debtors may file a chapter 11 plan or plans and solicit acceptances of such plan or plans; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion having been given as set forth in the Motion; and it appearing that no further notice of the Motion need be given; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and good and sufficient cause appearing therefore;

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3531053v.1

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The time period within which the Debtors shall have the exclusive right to file a plan or plans of reorganization pursuant to section 1121 of the Bankruptcy Code is extended through May 6, 2010.

3. The time period within which the Debtors shall have the exclusive right to solicit acceptances of a plan of reorganization pursuant to section 1121 of the Bankruptcy Code is extended through July 6, 2010.

4. This Order is without prejudice to the Debtors' right to request further extensions of the Exclusive Periods for cause shown.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Jan 26, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1 3531053v.1