IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
In re: : Chapter 11
:
TRIDENT RESOURCES CORP., et al.,[1] : Case No. 09-13150 (MFW)
:
:
Debtors. : (Jointly Administered)
----------------------------------------------------------------x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 18, 2010 AT 12:00 P.M. (EST)[3]

I.  **UNCONTESTED MATTER GOING FORWARD**:

   1.  Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure for Order Authorizing and Approving (I) the Debtors' Entry into the Commitment Letter, (II) the Equity Put Fee, Expense Reimbursement, and Indemnification Obligations, (III) the Sale and Investor Solicitation Procedures, and (IV) the Form and Manner of Notice Thereof [Docket No. 192; filed 1/29/10]

       Response Deadline: February 10, 2010 at 4:00 p.m. (EST); extended through February 16, 2010 for the Second Lien Lenders

       Objections/Responses Received: None.

       Related Documents:

       i.  Motion of the Debtors to Shorten Notice Period for the Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure for Order

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451). The corporate address for each of the Debtors is Suite 1000, 444-7th Avenue SW Calgary, Alberta T2P 0X8, Canada.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the January 28, 2010 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 p.m. (noon) (Eastern Standard Time) on Wednesday, February 17, 2010** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009.

RLF1 3539215v.1

| | |
|---|---|
| | Authorizing and Approving (I) the Debtors' Entry Into the Commitment Letter, (II) the Equity Put Fee, Expense Reimbursement, and Indemnification Obligations, (III) the Sale and Investor Solicitation Procedures, and (IV) the Form and Manner of Notice Thereof [Docket No. 193; filed 1/29/10] |
| ii. | Order Granting Motion of the Debtors to Shorten Notice Period for the Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of the Bankruptcy Procedure for Order Authorizing and Approving (I) the Debtors' Entry into the Commitment Letter, (II) the Equity Put Fee, Expense Reimbursement, and Indemnification Obligations, (III) the Sale and Investor Solicitation Procedures, and (IV) the Form and Manner of Notice Thereof [Docket No. 194; filed 2/1/10] |
| iii. | Affidavit of Todd A. Dillabough in Support of Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure for Order Authorizing and Approving (I) the Debtors' Entry into the Commitment Letter, (II) the Equity Put Fee, Expense Reimbursement, and Indemnification Obligations, (III) the Procedures for the Sale and Investor Solicitation Process, and (IV) the Form and Manner of Notice Thereof [Docket No. 226; filed 2/16/10] |
| iv. | **Affidavit of Neil A. Augustine in Support of Debtors' Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure for Order Authorizing and Approving (I) the Debtors' Entry into the Commitment Letter, (II) the Equity Put Fee, Expense Reimbursement, and Indemnification Obligations, (III) the Procedures for the Sale and Investor Solicitation Process, and (IV) the Form and Manner of Notice Thereof [Docket No. 230; filed 2/16/10]** |
| v. | **Order Regarding Evidentiary Hearing [Docket No. 233; filed 2/16/10]** |

Status: The hearing on the matter will go forward.

Dated: February 17, 2010
Wilmington, Delaware

Respectfully submitted,

_/s/ T. McRoberts_
Mark D. Collins (No. 2981)
Paul Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (Telephone)
(302) 651-7701 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, admitted *pro hac vice*
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Scott L. Alberino, admitted *pro hac vice*
1333 New Hampshire Avenue, N.W.
Washington DC 20036
(202) 887-4000 (Telephone)
(202) 887-4288 (Facsimile)

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION