# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Trident Resources Corp. |
| **Case Number:** | 09-13150-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 19, 2010 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Cont'd Special Hearing w/Canadian Court

**R / M #:**   0 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Order due under Certification of Counsel