## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | :    **Chapter 11** |
| | : |
| **TRIDENT RESOURCES CORP., et al.,** | :    **Case No. 09-13150 (MFW)** |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

I, Isabel I. Baumgarten, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On March 4, 2010, at the direction of Akin Gump Strauss Hauer & Feld LLP and Richards Layton & Finger, P.A., counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit "A" annexed hereto (Master Service List and Notice of Appearance Parties):

- **Debtors' Motion for Entry of an Order Pursuant to Federal Rules of Bankruptcy Procedure 3003 and 2002 (A) Setting Final Dates for Filing Proofs of Claim (including Claims under Section 503(b)(9) of the Bankruptcy Code), (B) Establishing Procedures for Filing Proofs of Claim, and (C) Approving Notice Thereof** [Docket No. 268].

                                         /s/ Isabel I. Baumgarten
                                         Isabel I. Baumgarten

Sworn to before me this
5th day of March, 2010

 /s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Qualified in New York County
My Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: IRA DIZENGOFF, AUSTIN KYONGWON SO<br>& STEPHEN BALDINI<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT ALBERINO<br>1333 NEW HAMPSHIRE AVE, NW<br>WASHINGTON, DC 20036 |
| ASHBY & GEDDES, P.A.<br>ATT: DON BESKRONE & LEIGH-ANNE RAPORT<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON, DE 19899 | AURORA ENERGY LLC<br>C/O TRIDENT EXPLORATION CORP.<br>ATTN: ALAN WITHEY, CFO<br>SUITE 1000, 444-7TH AVENUE S.W.<br>CALGARY, AB T2P 0X8 |
| BLANK ROME LLP<br>ATT: BONNIE GLANTZ FATELL, ESQ.<br>ATTY FOR FTI CONSULTING CANADA, ULC<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | BLANK ROME LLP<br>ATT: MICHAEL B. SCHAEDLE, ESQ.<br>ATTY FOR FTI CONSULTING CANADA, ULC<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA 19103 |
| CREDIT SUISSE, TORONTO BRANCH<br>1 FIRST CANADIAN PLACE, SUITE 2900<br>100 KING STREET WEST<br>P.O. BOX 301<br>TORONTO, ON M5X 1C9 | DELAWARE DIVISION OF REVENUE<br>DEPT. OF TAXATION AND FINANCE<br>THOMAS COLLINS BUILDING<br>540 S. DUPONT HIGHWAY<br>DOVER, DE 19901 |
| DELAWARE STATE ATTORNEY GENERAL'S OFFICE<br>HON. M. JANE BRADY, ATTY GENERAL OF DE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801 | ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SCOTT FULTON<br>ARIEL RIOS BUILDING, RM 4000, MAIL 2310A<br>1200 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20460 |
| FTI CONSULTING<br>ATTN: RACHEL GILLESPIE<br>TD CANADA TRUST TOWER<br>161 BAY STREET, 27TH FLOOR<br>TORONTO, ONTARIO M5J 2S1 | FTI CONSULTING CANADA, ULC<br>ATT: NIGEL MEAKIN<br>TD CANADA TRUST TOWER<br>161 BAY STREET, 27TH FLOOR<br>TORONTO, ON M5J 2S1 |
| GEORGE F. WOLCOTT, ESQ.<br>ATTY FOR BUMPER CROP LTD. ROBERT LEE<br>& LOUISE VERNE ANDREWS<br>P.O. BOX 770<br>RICHLAND, WA 99352 | GIBSON, DUNN & CRUTCHER LLP<br>ATTN: DAVID FELDMAN<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY UNIT<br>31 HOPKINS PLAZA<br>ROOM 1150<br>BALTIMORE, MD 21202 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | ISABEL I BAUMGARTEN ESQ<br>BANKRUPTCY CONSULTANT<br>THE GARDEN CITY GROUP INC<br>105 MAXESS RD<br>MELVILLE, NY 11747 |
| LOCKE LORD BISSELL & LIDDELL LLP<br>ATT: DAVID W. WIRT, ESQ.<br>ATTY FOR MCDONNELL LOAN OPPORTUNITY FUND<br>111 S. WACKER DRIVE<br>CHICAGO, IL 60606 | LOCKE LORD BISSELL & LIDDELL LLP<br>ATT: OMER F. KUEBEL, III, ESQ.<br>ATTY FOR MCDONNELL LOAN OPPORTUNITY FUND<br>601 POYDRAS, SUITE 2660<br>NEW ORLEANS, LA 70130 |

LOCKE LORD BISSELL & LIDDELL LLP
ATT: PHILIP EISENBERG, ESQ.
ATTY FOR MCDONNELL LOAN OPPORTUNITY FUND
600 TRAVIS, SUITE 2800
HOUSTON, TX 77002-2914

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATT: R. DEHNEY, C. MILLER
1201 N. MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347

NEXGEN ENERGY CANADA, INC.
C/O TRIDENT EXPLORATION CORP.
ATTN:  ALAN WITHEY, CFO
SUITE 1000, 444-7TH AVENUE S.W.
CALGARY, AB T2P 0X8

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  THOMAS PATRICK TINKER
844 KING STREET
SUITE 2207
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY
COLM F. CONNOLLY
NEWMOURS BUILDING
P.O. BOX 2046
WILMINGTON, DE 19899

POLSINELLI SHUGHART PC
ATT: C. WARD & J. EDELSON, ESQ
ATTY FOR MCDONNELL LOAN OPPORTUNITY FUND
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
ATT: JEREMY WILLIAM RYAN, ESQ.
1313 N. MARKET STREET
P.O BOX 951
WILMINGTON, DE 19801

QUINN EMANUEL URQUHART OLIVER & HEDGES
ATT: D. HOLZMAN, S. KIRPALANI, J. MINIAS
ATTY FOR AD HOC COMMITTEE STOCKHOLDERS
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010

RICHARDS LAYTON & FINGER, P.A.
ATTN:  M. COLLINS, P. HEATH & C. JANG
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DE 19801

ROPES & GRAY LLP
ATT: MARK SOMERSTEIN, ESQ.
ATTY FOR WELLS FARGO BANK, N.A.
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ROPES & GRAY LLP
ATT: PATRICIA I. CHEN, ESQ.
ATTY FOR WELLS FARGO BANK, N.A.
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

ROTHSCHILD INC
ATTN: WILLIAM R SHAW, MARCELO MESSER
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 7040
DOVER, DE 19903

SECRETARY OF TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE., NW
WASHINGTON, DC 20020

SECURITIES EXCHANGE COMMISSION
ATTN:  GENERAL COUNSEL, SEC HEADQUARTERS
450 FIFTH STREET, NW
WASHINGTON, DC 20549

SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN:  NATHAN FUCHS
233 BROADWAY
NEW YORK, NY 10279

SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
ATTN:  MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, ROOM 4300
NEW YORK, NY 10281

SHEARMAN & STERLING LLP
ATT: ANDREW V. TENZER & JILL FRIZZLEY
ATTY FOR CREDIT SUISSE, TORONTO BRANCH
599 LEXINGTON AVENUE
NEW YORK, NY 10022

STEVEN GENDAL
WHIPPOORWILL ASSOCIATES, INC.
11 MARTINE AVENUE
WHITE PLAINS, NY 10606

THE GARDEN CITY GROUP, INC.
ATTN:  EAMON MASON
105 MAXESS ROAD
MELVILLE, NY 11747

TORONTO- DOMINION BANK
ATTN:  CRAIG DEBELLEFEUILLE
HOME OIL TOWER
324 - 8 AVENUE SW, SUITE 800
CALGARY, AB T2P 2Z2

TRIDENT CBM CORP.
SUITE 1000, 444-7TH AVENUE S.W.
CALGARY, AB T2P 0X8

TRIDENT RESOURCES CORP.
SUITE 1000, 444-7TH AVENUE S.W.
CALGARY, AB T2P 0X8

TRIDENT USA CORP.
SUITE 1000, 444-7TH AVENUE S.W.
CALGARY, AB T2P 0X8

US DEPARTMENT OF JUSTICE
ATTN:  ELLEN SLIGHTS
1007 ORANGE STREET
SUITE 700
WILMINGTON, DE 19899

US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL ERIC HOLDER
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

WELLS FARGO BANK, N.A.
CORPORATE TRUST, ATTN: DAVID BERGSTROM
625 MARQUETTE AVE.
MAC N9311-110
MINNEAPOLIS, MN 55479