**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIDENT RESOURCES CORP., et al.,[1] | : | Case No. 09-13150 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | **Hearing Date: April 6, 2010 at 11:30 a.m. EDT**<br>**Obj. Deadline: March 29, 2010 at 4:00 p.m. EDT** |

**DEBTORS' MOTION TO AMEND FINAL ORDER PURSUANT TO 11 U.S.C. § 105(a) APPROVING CROSS-BORDER COURT-TO-COURT PROTOCOL**

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") file this motion (the "Motion") for the entry of an order (the "Order"), substantially in the form attached hereto as **Exhibit A**, amending the Court's Final Order Pursuant to 11 U.S.C. § 105(A) Approving Cross-Border Court-To-Court Protocol (the "Protocol") entered on December 10, 2009 [Docket No. 145] (the "December Order"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); approving certain modifications to the Protocol, as shown and included in the clean and blackline versions attached hereto as **Exhibit B** (the "Amended Protocol"); and granting them such other and further relief as the Court deems just and proper. In further support of this Motion, the Debtors respectfully represent as follows:

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

## Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief requested in this Motion is section 105(a) of the Bankruptcy Code.

## Background

2. On September 8, 2009 (the "Petition Date"), the Debtors commenced reorganization proceedings (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On the Petition Date, Trident Resources Corp. ("TRC"), Trident Exploration Corp. and certain of their U.S. and Canadian subsidiaries and affiliates (collectively, the "Canadian Debtors")[2] filed an application with the Court of Queen's Bench of Alberta, Judicial District of Calgary (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada) (the "CCAA"), seeking relief from their creditors (collectively, the "Canadian Proceedings" and together with the Chapter 11 Cases, the "Joint Proceedings").

4. On December 10, 2009, the Court entered the December Order, granting final approval of the Protocol, including approval of certain modifications made after the Court's Interim Order Approving Cross-Border Court-To-Court Protocol [Docket No. 33].

5. At the January 15, 2010 CCAA hearing, the Canadian Court expressed concerns over certain provisions of the Protocol. In response to these concerns, Trident provided the

---

[2] The Canadian Debtors include the following entities: Trident Exploration Corp., Fort Energy Corp., Fenergy Corp., 981384 Alberta Ltd., 981405 Alberta Ltd., 981422 Alberta Ltd., Trident Resources Corp., Trident CBM Corp., Aurora Energy LLC, NexGen Energy Canada, Inc., and Trident USA Corp.

Canadian Court with the Amended Protocol, and on February 23, 2010, the Canadian Court entered an order approving the Amended Protocol.

## Relief Requested and Basis for Relief

6. The Debtors seek entry of an order amending the December Order to incorporate the modifications included in the Amended Protocol attached hereto as **Exhibit B**. These modifications were made in response to comments Trident received from the Canadian Court with the goal of clarifying the jurisdiction of the Courts in adjudicating matters related to (i) the stay of proceedings and actions against the U.S. Debtors and their property under section 362 of the Bankruptcy Code and the stay of proceedings and actions against the Canadian Debtors and their property under the Canadian Order, and (ii) the retention of professionals retained by the Debtors in connection with the Joint Proceedings. The Debtors respectfully submit that the Amended Protocol is necessary to promote the efficient and effective administration and coordination of the Joint Proceedings and is in the best interests of the Debtors' estates, their creditors, and all parties in interest.

## Notice

7. The Debtors shall provide notice of this Motion to (i) the U.S. Trustee, (ii) each of the agents, or their counsel, if known, under the Trident's prepetition credit facilities, (iii) the Office of the United States Attorney for the District of Delaware, (iv) the Monitor appointed in the Canadian Proceedings, and (v) those parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Bankruptcy Rule 2002-1. In light of the relief requested, the Debtors submit that no further notice is needed.

WHEREFORE, the Debtors respectfully request that this Court approve the Amended Protocol, substantially in the form attached hereto as **Exhibit B**, and grant such other and further relief as is just and proper.

Dated: March 16, 2010
Wilmington, Delaware

Respectfully submitted,


Mark D. Collins (No. 2981)
Paul Heath (No. 3704)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (Telephone)
(302) 651-7701 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, admitted *pro hac vice*
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Scott L. Alberino, admitted *pro hac vice*
1333 New Hampshire Avenue, N.W.
Washington DC 20036
(202) 887-4000 (Telephone)
(202) 887-4288 (Facsimile)

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION