# Exhibit A

## Canadian Plan

To come.