# Exhibit C

## Exit Facility Term Sheet

To come.