# Exhibit D

## Rights Offering Procedures

To come.