# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| : | |
| **TRIDENT RESOURCES CORP., <u>et al.</u>,** : | Case No. 09-13150 (MFW) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------x

<u>CERTIFICATE OF PUBLICATION</u>

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF SUFFOLK    )

I, Patrick M. Leathem, certify as follows:

1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On March 30, 2010, at the direction of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump') and Richards Layton & Finger, P.A. ("Richards Layton"), co-counsel for the Debtors, I caused publication of the **Notice of Deadlines for Filing Proofs of Claim (Including Claims under Section 503(b)(9) of the Bankruptcy Code) against Debtors** in the following publications:

Publication Name

*The Global and Mail*, National

*The Wall Street Journal*, Global, National, Regional

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Melville, New York
April 8, 2010

                                                      /s/ Patrick M. Leathem
                                                      Patrick M. Leathem

Dominion of Canada, PROVINCE OF ONTARIO,
MUNICIPALITY of METROPOLITAN TORONTO

TO WITNESS:

IN THE MATTER OF: TRIDENT RESOURCES CORP.

I Patricia Tabone, of the City of Toronto, in the Municipality of Metropolitan Toronto, in the Province of Ontario, Advertising Services Representative, in the employment of The Globe and Mail, make oath and say that the advertisement:

LEGAL NOTICE

A true copy of which is hereto annexed, was duly distributed in the issues of The Globe and Mail a daily newspaper, simultaneously published in the Cities of Toronto, Montreal, Vancouver, Halifax, Calgary, Brandon, Canada, on the following dates, namely:

MARCH 30th, A.D. 2010

That I have examined copies of the said newspaper published on the said dates and found the said advertisement to be correctly inserted therein.

Sworn before me at the City of Toronto
in the Municipality of Metropolitan
Toronto this 30th day of March, A.D. 2010

_Patricia Tabone_

Fatima Brito Wilson, a
Commissioner, etc., City of Toronto,
for CTVglobemedia Publishing Inc.
Expires June 28, 2010.

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:     Chapter 11
TRIDENT RESOURCES CORP., et al.,[1]     Case No. 09-13150 (MFW)
    Debtors.     (Jointly Administered)

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE)
(BAR DATE IS APRIL 26, 2010 AT 5:00 P.M. PREVAILING EASTERN TIME)**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 8, 2009, the debtors and debtors in possession (each a Debtor, and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). Set forth below are the names, addresses and respective case numbers for the Debtors:
DEBTOR, ADDRESS, CASE NO.: Trident Resources Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13150; NexGen Energy Canada, Inc., 444 - 7 Avenue SW, Suite 1900, Calgary, Alberta T2P 0X8 CA, 09-13151; Trident USA Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta, T2P 0X8 CA, 09-13152; Trident CBM Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13153; Aurora Energy LLC, 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13154.

2. On March 23, 2010, the Court entered an order (Docket No. 285) (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons and entities, including individuals, partnerships, estates, trusts and governmental units who have a claim or potential claim, (including claims under section 503(b)(9) of the Bankruptcy Code), against any of the Debtors that arose prior to September 8, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **April 26, 2010 at 5:00 p.m. (Prevailing Eastern Time)** (the "Bar Date"), by sending an original proof of claim form to: **if by mail:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845; or **if by hand or overnight courier:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., 5151 Blazer Parkway, Suite A, Dublin, OH 43017. **Proofs of claim sent via facsimile or e-mail will not be accepted.**

4. EACH OF THE DEBTORS ARE ALSO DEBTOR APPLICANTS IN PROCEEDINGS COMMENCED UNDER THE COMPANIES CREDITORS' ARRANGEMENT ACT (CANADA) IN THE COURT OF QUEENS BENCH ALBERTA, JUDICIAL DISTRICT OF CALGARY (THE "CANADIAN PROCEEDINGS"). ALL CLAIMS AGAINST THE DEBTORS MUST BE FILED IN, AND ONLY IN, THE CHAPTER 11 CASES, IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE BAR DATE ORDER. NO CLAIMS AGAINST THE DEBTORS FILED IN THE CANADIAN PROCEEDINGS WILL BE CONSIDERED OR DEEMED TIMELY FILED. FOR INFORMATION REGARDING THE CANADIAN PROCEEDINGS OR INSTRUCTIONS TO FILE A PROOF OF CLAIM WITH THE CANADIAN COURT FOR CANADIAN DEBTORS THAT ARE NOT ALSO DEBTORS IN THESE CHAPTER 11 CASES, PLEASE VISIT http://cfcanada.fticonsulting.com/trident/ OR CALL (403) 770-1691.

5. ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.

6. A copy of the Bar Date Order or a proof of claim form may be obtained by visiting www.tridentrestructuring.com or by contacting the Debtors' claims agent, in writing, at The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845, or by calling (866) 352-6496. The Debtors' Schedules and the Bar Date Order are also available online at www.tridentrestructuring.com. The Court's docket sheet and documents are also accessible at the Court's Internet site: https://ecf.deb.uscourts.gov through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

Dated: March 23, 2010     BY ORDER OF THE COURT:
    Wilmington, Delaware     THE HONORABLE MARY F. WALRATH

Mark D. Collins (No. 2981), Paul Heath (No. 3704), RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, (302) 651-7700 (Telephone), (302) 651-7701 (Facsimile) and AKIN GUMP STRAUSS HAUER & FELD LLP, Ira S. Dizengoff, admitted pro hac vice, One Bryant Park, New York, NY 10036, (212) 872-1000 (Telephone), (212) 872-1002 (Facsimile), AKIN GUMP STRAUSS HAUER & FELD LLP, Scott L. Alberino, admitted pro hac vice, 1333 New Hampshire Avenue, N.W., Washington DC 20036, (202) 887-4000 (Telephone), (202) 887-4288 (Facsimile), Attorneys for the Debtors and Debtors in Possession

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (Delaware) (2788), Aurora Energy LLC (Utah) (6650), NexGen Energy Canada, Inc. (Colorado) (9277), Trident CBM Corp. (California) (3534), and Trident USA Corp. (Delaware) (6451).

# COMMERCIAL REAL ESTATE

## Colliers International

### MULTI-TENANT INDUSTRIAL PORTFOLIO
**Toronto, ON**
Middlefield Road Industrial Portfolio
- 4 buildings totalling 166,959 SF on 9.31 acres
- Excellent Toronto location
- Currently 94% occupied by eight tenants
- Asking: $11,500,000 ($69 PSF); 8.1% cap rate

John Stewart*   416.791.7213
William Pitt**  416.791.7234

### EMPLOYMENT LAND FOR SALE
**Woodstock, ON**
- Located at Highway 401/403 merger
- Zoned industrial - open storage, transport terminals, data centre
- Private lands - no construction timing requirements
- 92 acres - **NO** development charges

Terry Alexander*  416.620.2843
terry.alexander@colliers.com

*Sales Representative **Broker
© 2010. All rights reserved. Colliers Macaulay Nicolls (Ontario) Inc., Brokerage.
www.colliers.com                                  Our Knowledge is your Property.



### FOR SALE — MOVE IN READY, BEAUTIFULLY FURNISHED
OFFERS MARCH 31, 2010
**8791 WOODBINE AVE. MARKHAM, ONTARIO**
7,595 S.F.  ASKING: $2,600,265
FLEXIBLE CLOSING 90 DAYS TO 12 MONTHS
- Building and pylon signage available
- Ample surface parking at your door
- Complete security system

**For More Information**
Glenn Thackeray**
+1 905 755 4642
glenn.thackeray@am.jll.com



JONES LANG LaSalle                           www.joneslanglasalle.ca
*Broker **Sales Representative

### LARGE OCEAN WATERFRONT
**PRINCE EDWARD ISLAND**
Superb location-Murray Harbour
500 acre, 5.6 km gulf waterfront
Protected sandy beach and forested lots
Approved for Summer Homes or Resort Development
**$3,200,000 CAD**

**ALSO 211 ACRE ISLAND**
400 meters off shore of PEI
Warm Water/Sandy Beaches
**$2,500,000 CAD**
www.luxurypeidev.com
call: **604.724.8219**
Guy Cooper
THE COOPER GROUP
cguycooper@shaw.ca

---

## METRO VANCOUVER :: INDUSTRIAL LAND REQUIRED - 40 to 50 ACRES

A logistics company requires 40 to 50 acres of zoned industrial land within the Greater Vancouver Regional District, upon which the company plans to build a modern 700,000 to 800,000 SF distribution facility.

The company will consider land purchase or lease opportunities. Design-build opportunities to own or lease will also be considered.

Responses due with complete details by April 15, 2010.

*Sales Representative

For more information, please contact:
**Bruce Richardson*** Vice President
bruce.richardson@cbre.com
604.662.5127

**Fraser Rowland*** Vice President
fraser.rowland@cbre.com
604.662.5128

**Harry Ghag*** Assistant Vice President
harry.ghag@cbre.com
604.662.5112

www.cbre.ca
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### WANTED: LAND AND/OR BUILDING IN MARKHAM
A national logistics company is looking for a ± 25,000 sf industrial building on 2 to 4 acres of industrially zoned land in Markham.

The site should be within or close to the following geographic boundaries:
North: 16th Avenue
South: 14th Avenue
East: 9th Line
West: Bayview Avenue

The company will consider purchase or lease opportunities, and Design Build to own or lease.

Responses due with complete details by April 15, 2010.

W.J (Wally) Pollock*
Senior Vice President
wally.pollock@cbre.com
Phone: 416 798 6203
*Sales Representative
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### WANTED: LAND AND/OR BUILDING IN SCARBOROUGH
A national logistics company is looking for a ± 20,000 sf industrial building on 3 to 5 acres of industrially zoned land in Scarborough.

The site should be within or close to the following geographic boundaries:
North: Lawrence Avenue E.
South: Lake Ontario
East: Scarborough Golf Club Rd.
West: Victoria Park

The company will consider purchase or lease opportunities, and Design Build to own or lease.

Responses due with complete details by April 15, 2010.

W.J (Wally) Pollock*
Senior Vice President
wally.pollock@cbre.com
Phone: 416 798 6203
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### WANTED: LAND AND/OR BUILDING IN TORONTO
A national logistics company is looking for a ± 25,000 sf industrial building on 3 to 5 acres of industrially zoned land in Toronto.

The site should be within or close to the following geographic boundaries:
North: Lawrence Avenue W.
South: College Street
East: Bathurst Avenue
West: Keele Street

The company will consider purchase or lease opportunities, and Design Build to own or lease.

Responses due with complete details by April 15, 2010.

W.J (Wally) Pollock*
Senior Vice President
wally.pollock@cbre.com
Phone: 416 798 6203
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### DISCOVER AFFORDABLE INDUSTRIAL DEVELOPMENT
The United Counties of Stormont, Dundas and Glengarry (SD&G) is your eastern gateway to Ontario. Cost for serviced industrial land starts at $5,000 per acre. Manufacturing lease rates average $3.25 per square foot. Companies in SD&G benefit from direct access to Highways 401 and 417 and an existing cluster of food manufacturing and logistics companies. Stay, discover and grow in our friendly, affordable communities. Learn more at **www.sdg.on.ca**

**CALL NOW!** Jon Sookochoff Economic Development Coordinator
SD&G Community Futures Development Corporation
613-932-4333 ext.26 • www.sdg.on.ca

---

### FOR SALE — ENCLOSED REGIONAL MALL KAPUSKASING, ON

- Anchored by Canadian Tire, Shoppers Drug Mart, Hart, TD Canada Trust, & LCBO
- Shadow-anchored by Loblaws
- 162,298 SF
- $4,000,000

Matthew Smith*
matthew.smith@cbre.com
416 815 2395
Hugh O'Connell*
hugh.oconnell@cbre.com
416 815 2308
www.cbre.ca
*Sales Representative
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### FOR SALE — LCBO-ANCHORED RETAIL PLAZA KITCHENER, ON
- Anchored by LCBO and Boston Pizza
- 39,580 SF
- Within Strong Retail Node
- New Construction

Matthew Smith*
matthew.smith@cbre.com
416 815 2395
Hugh O'Connell*
hugh.oconnell@cbre.com
416 815 2308
www.cbre.ca
*Sales Representative
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### WANTED: LAND AND/OR BUILDING IN OAKVILLE
A national logistics company is looking for a ± 35,000 sf industrial building on 3 to 5 acres of industrially zoned land in Oakville.

The site should be within or close to the following geographic boundaries:
North: Dundas Street E.
South: Lake Ontario
East: Winston Churchill Blvd.
West: Burloak Drive

The company will consider purchase or lease opportunities, and Design Build to own or lease.

Responses due with complete details by April 15, 2010.

W.J (Wally) Pollock*
Senior Vice President
wally.pollock@cbre.com
Phone: 416 798 6203
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

### WANTED: LAND AND/OR BUILDING IN TORONTO-DOWNSVIEW
A national logistics company is looking for a ± 40,000 sf industrial building on 5 to 7 acres of industrially zoned land in Toronto - Downsview.

The site should be within or close to the following geographic boundaries:
North: Steeles Avenue W.
South: Lawrence Avenue W.
East: Dufferin Street
West: Weston Road

The company will consider purchase or lease opportunities, and Design Build to own or lease.

Responses due with complete details by April 15, 2010.

W.J (Wally) Pollock*
Senior Vice President
wally.pollock@cbre.com
Phone: 416 798 6203
CBRE CB RICHARD ELLIS
CB Richard Ellis Limited, Real Estate Brokerage

**THE GLOBE AND MAIL — CALL 1-866-36GLOBE TO SUBSCRIBE.**

## MEETINGS

### THE BANK OF NOVA SCOTIA
Notice of 178th Annual Meeting of Shareholders

The Annual Meeting of Shareholders of The Bank of Nova Scotia will be held on Thursday, April 8, 2010 at 10:00 a.m. (Newfoundland Daylight Time) at the Sheraton Hotel Newfoundland, Fort William Ballroom, 115 Cavendish Square, St. John's, Newfoundland and Labrador.

By order of the Board of Directors

Deborah M. Alexander
Executive Vice-President, General Counsel and Secretary
February 9, 2010

**Scotiabank®**
® Registered Trademark of The Bank of Nova Scotia.

---

## NOTICE OF RECORD DATE

### NOTICE OF RECORD DATE FOR ANNUAL SHAREHOLDERS' MEETING CARTHEW BAY TECHNOLOGIES INC.

Notice is hereby given that the directors have fixed the close of business on April 30, 2010, as the record date for determining the shareholders entitled to notice of and to vote at the annual shareholders' meeting to be held on June 1, 2010.

### NOTICE OF RECORD DATE FOR SPECIAL SHAREHOLDERS' MEETING CARTHEW BAY TECHNOLOGIES INC.

Notice is hereby given that the directors have fixed the close of business on April 6, 2010, as the record date for determining the shareholders entitled to notice of and to vote at the special shareholders' meeting to be held on May 6, 2010.

## BUSINESS TO BUSINESS

### Business to Business
**ACCOUNTING & TAXES** Corporate and Personal, by a CMA-MBA with 19 years exp. 416-787-1354 info@profitcma.com

**Business Valuation** - Accurate - Accountant Certified - $375 - $575 - 1 800 606 0310 - WWW.PIN.CA

**EXP'D. CA** can solve tax problems & file taxes for US citizens & Cdn. taxpayers. ssross@on.aibn.com, 416-485-6069.

## BUSINESS TO BUSINESS

### Business Opportunities
**Country Inn** - Southern Ontario - Excellent Location - 29 Rooms - Restaurant with Patio - Spa - Owner Wishing to Retire After 25 Years. Box 5257M, The Globe and Mail, 444 Front St. W., Toronto, ON M5V 2S9.

**DIGITAL PRINTING/GRAPHIC** DESIGN BUSINESS owner retiring, financing available. No experience necessary. Will train. Local support. Call 1-800-338-6608.

**OUR HOMES MAGAZINE** is now franchising across Canada. Are you good at sales? Become the Publisher. Call 1-877-600-4840 x109.

**TUFF-GARD SEAMLESS** Membrane Systems Inc. — Become a licenced applicator dealer for an environmentally friendly waterproofing & roofing system. All equipment supplied, training & technical support included. Also agents & sales reps. needed. Call Joel at (416) 831-4774

**USA OIL GROUP**
TEXAS BASED **OIL COMPANY**, publicly traded, with 4 million barrel reserves on acreage with 53 former Conoco wells production and rework project. Seeks joint venture Canadian partner for additional US based acquisition and production opportunities. For more information, see our website: www.xtremeoilandgas.com or call Mr. Willard McAndrew direct at 214-432-8002.

### Franchises
**LIVING ASSISTANCE SERVICES** is a 10 yr. old non-medical agency that matches superb caregivers with seniors in their homes. We are franchising across Canada. Etobicoke, Mississauga, Oakville, Burlington & Central Toronto territories have been taken. For more info., contact millsp@rogers.com or (416) 807-9972

### Investment Opportunities
**peertopeercanada.com,** 10-14% paid monthly, accredited investors. London Stone Financial Group 1-866-535-7797.

**SOLAR PANEL** mfg plants, Joint Venture opp. All panels pre-sold. For info Pkg TF 1-877-784-9696 mel@brisksolar.com

### Real Estate
**Seeking bright,** experienced sales professionals to join our Cooperative Commercial Real Estate team. Start the conversation by contacting Susan, synergycareers@rogers.com

---

## LEGALS

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: TLC Vision (USA) Corporation, et al., Debtors.   Chapter 11  Case No. 09-14473 (KG) Jointly Administered

NOTICE OF (A) ENTRY OF ORDER APPROVING THE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES; (B) DEADLINE FOR CASTING VOTES TO ACCEPT OR REJECT, AND FILING OBJECTIONS TO, THE PLAN OF REORGANIZATION; (C) HEARING TO CONSIDER CONFIRMATION OF THE PLAN OF REORGANIZATION, AND (D) RELATED MATTERS

PLEASE TAKE NOTICE OF THE FOLLOWING:
1. Pursuant to an order dated March 24, 2010 (Docket No. 390) (the "Approval Order"), the United States Bankruptcy Court for the District of Delaware (the "Court") has approved the Fourth Amended Disclosure Statement with Respect to the Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 (the "Disclosure Statement") filed by the above-captioned debtors and debtors in possession (the "Debtors") around March 24, 2010. The Debtors are entitled to solicit votes to accept or reject the Debtors' Fourth Amended Joint Chapter 11 Plan of Reorganization Dated as of March 24, 2010 (as may be amended, the "Plan"), annexed as Appendix A thereto. Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Plan.
2. The Approval Order establishes **March 24, 2010** as the Record Date for determining the Holders of prepetition Claims entitled to vote to accept or reject the Plan and establishes **5:00 p.m. on April 28, 2010** as the Voting Deadline for submission of Ballots to accept or reject the Plan (the "Ballots"). Holders of Claims entitled to vote to accept or reject the Plan will receive the following materials: (a) this Notice, (b) a copy of the Approval Order (without exhibits) to which this Notice corresponds, (c) the Disclosure Statement, which includes the Plan, (d) correspondence from the Official Committee of Unsecured Creditors, and (e) one or more Ballots (and return envelopes) to be used in voting to accept or reject the Plan [collectively, the "Solicitation Package"]. Failure to follow the instructions set forth in the Ballot may disqualify that Ballot and the vote represented thereby.
3. Holders of (a) Unimpaired Claims and (b) Claims or Interests that will receive no distribution and retain no property on account of such Claims or Interests under the Plan are not entitled to vote to accept or reject the Plan and, therefore, will receive a notice of non-voting status rather than a Ballot. If you are not entitled to vote to accept or reject the Plan but believe that you should be entitled to vote to accept or reject the Plan, then you must serve on the Notice Parties (defined below) and file with the Bankruptcy Court a motion for an order pursuant to Bankruptcy Rule 3018(a) (a "Rule 3018(a) Motion") temporarily allowing such Claim in a different amount for purposes of voting to accept or reject the Plan by the later of (a) **April 14, 2010** or (b) fourteen (14) days after the date of service of a notice of an objection, if any, to such Claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted unless temporarily allowed by the Bankruptcy Court for voting purposes, after notice and a hearing. Rule 3018(a) Motions that are not timely filed and served in the manner as set forth above may not be considered.
4. A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, in Court Room 3 of the United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Wilmington, DE 19801 on **May 5, 2010, at 2:00 p.m., Eastern time.** The Confirmation Hearing may be continued from time to time without further notice other than the announcement of the adjourned date at the Confirmation Hearing or any continued hearing.
5. Objections, if any, to the confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (c) state with particularity the basis and nature of any objection; (d) be filed with the Court, and (e) be served on the following parties (the "Notice Parties") no later than **5:00 P.M., EASTERN TIME, ON APRIL 28, 2010** (the "Plan Objection Deadline"): (i) the Debtors, c/o TLC Vision (USA) Corporation, 16305 Swingley Ridge Road, Chesterfield, MO 63017 (Attn: William McKenney); (ii) counsel for the Debtors, Proskauer Rose LLP, 70 West Madison Street, Chicago, Illinois 60602 (Attn: Mark K. Thomas and Paul Possinger); (iii) the Office of The United States Trustee, District of Delaware, 844 King Street, Room 2207, Wilmington, Delaware 19801 (Attn: Mark Kenney); (iv) counsel for the Official Unsecured Creditors' Committee, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166 (Attn: David Neier); and (v) counsel for the Plan Sponsor, Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109 (Attn: Michael J. Pappone).
6. Requests for copies of the Disclosure Statement, the Plan (excluding certain voluminous exhibits thereto), and a Supplement to Appendix E to the Disclosure Statement (which Supplement shall be filed no later than April 23, 2010) by parties in interest may be made in writing to the Voting Agent at Epiq Bankruptcy Solutions, 757 Third Avenue, 3rd Floor, New York, NY 10017 (Attn: TLC Solicitation Inquiry). In addition, any party may view and download the Plan, the Disclosure Statement and related exhibits (as they are filed) without charge at http://chapter11.epiqsystems.com/tlcvision. If you have any questions regarding this Notice, please call the Voting Agent at (646) 282-1800.

**UNLESS AN OBJECTION IS TIMELY FILED AND SERVED AS PROVIDED HEREIN, IT MAY NOT BE CONSIDERED AT THE HEARING.**
**RICHARDS, LAYTON & FINGER, P.A.,** Mark D. Collins (DE Bar No. 2981), Paul Heath (No. 3704), Zachary I. Shapiro (No. 5103), Tyler D. Semmelman (No. 5386), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7531, Facsimile: (302) 498-7531 —and— **PROSKAUER ROSE LLP,** Mark K. Thomas (admitted pro hac vice), Paul V. Possinger (admitted pro hac vice), Jeremy T. Stillings (admitted pro hac vice), Three First National Plaza, 70 West Madison, Suite 3800, Chicago, Illinois 60602-4342, Telephone: (312) 962-3550, Facsimile: (312) 962-3551. *Co-Counsel for the Debtors and Debtors in Possession*
**¹**The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and address, are: TLC Vision (USA) Corporation (6220), 16305 Swingley Ridge Road, Chesterfield, MO 63017; TLC Vision Corporation (1150), 5280 Solar Drive, Suite 300, Mississauga, Ontario, L4W 5M8; and TLC Management Services, Inc. (0374), 1209 Orange Street, Wilmington, DE 19801.

### WELLS FARGO BANK, N.A. — APPLICATION TO ESTABLISH A FOREIGN BANK BRANCH
Notice is hereby given, pursuant to subsection 525(2) of the Bank Act, that Wells Fargo Bank, N.A., a foreign bank with its head office in Sioux Falls, South Dakota, intends to apply to the Minister of Finance for an order permitting it to establish a foreign bank branch in Canada to carry on the business of banking. The ultimate parent of Wells Fargo Bank, N.A. is Wells Fargo & Company, headquartered in San Francisco, California.

The branch will carry on business in Canada under the name Wells Fargo Bank, N.A., Canadian Branch in the English form and Wells Fargo Bank, N.A., succursale canadienne in the French form, and its principal office will be located in Toronto, Ontario.

Any person who objects to the proposed order may submit an objection in writing to the Office of the Superintendent of Financial Institutions, 255 Albert Street, Ottawa, Ontario, K1A 0H2, on or before May 3, 2010.

Toronto, March 9, 2010
BLAKE, CASSELS & GRAYDON LLP
Barristers and Solicitors

Note: The publication of this Notice should not be construed as evidence that an order will be issued to establish the foreign bank branch. The granting of the order will be dependent upon the normal Bank Act application review process and the discretion of the Minister of Finance.

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: TRIDENT RESOURCES CORP., et al.,¹ Debtors.   Chapter 11  Case No. 09-13150 (MFW) (Jointly Administered)

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE)**
**(BAR DATE IS APRIL 26, 2010 AT 5:00 P.M. PREVAILING EASTERN TIME)**

PLEASE TAKE NOTICE OF THE FOLLOWING:
**DEBTOR, ADDRESS, CASE NO.:** Trident Resources Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13150; NexGen Energy Canada, Inc., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13151; Trident USA Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13152; Trident CBM Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13153; Aurora Energy LLC, 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13154.
1. On September 8, 2009, the debtors and debtors in possession (each a Debtor, and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). Set forth below are the names, addresses and respective case numbers for the Debtors.
2. On March 23, 2010, the Court entered an order [Docket No. 285] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.
3. Pursuant to the Bar Date Order, all persons and entities, including individuals, partnerships, estates, trusts and governmental units who have a claim or potential claim, (including claims under section 503(b)(9) of the Bankruptcy Code), against any of the Debtors that arose prior to September 8, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **April 26, 2010 at 5:00 p.m. (Prevailing Eastern Time)** (the "Bar Date"), by sending an original proof of claim form to: **If by mail:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845; or **If by hand or overnight courier:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., 5151 Blazer Parkway, Suite A, Dublin, OH 43017. **Proofs of claim sent via facsimile or e-mail will not be accepted.**
4. **EACH OF THE DEBTORS ARE ALSO DEBTOR APPLICANTS IN PROCEEDINGS COMMENCED UNDER THE COMPANIES CREDITORS' ARRANGEMENT ACT (CANADA) IN THE COURT OF QUEENS BENCH ALBERTA, JUDICIAL DISTRICT OF CALGARY (THE "CANADIAN PROCEEDINGS"). ALL CLAIMS AGAINST THE DEBTORS MUST BE FILED IN, AND ONLY IN, THE CHAPTER 11 CASES, IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE BAR DATE ORDER. NO CLAIMS AGAINST THE DEBTORS FILED IN THE CANADIAN PROCEEDINGS WILL BE CONSIDERED OR DEEMED TIMELY FILED. FOR INFORMATION REGARDING THE CANADIAN PROCEEDINGS OR INSTRUCTIONS TO FILE A PROOF OF CLAIM WITH THE CANADIAN COURT FOR CANADIAN DEBTORS THAT ARE NOT ALSO DEBTORS IN THE CHAPTER 11 CASES, PLEASE VISIT http://cfcanada.fticonsulting.com/trident/ OR CALL (403) 770-1691.**
5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.**
6. A copy of the Bar Date Order or a proof of claim form may be obtained by visiting www.tridentrestructuring.com or by contacting the Debtors' claims agent, in writing, at The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845, or by calling (866) 352-6496. The Debtors' Schedules and the Bar Date Order are also available online at www.tridentrestructuring.com. The Court's docket sheet and documents are also accessible at the Court's internet site: https://ecf.deb.uscourts.gov through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.
Dated: March 23, 2010            BY ORDER OF THE COURT:
Wilmington, Delaware             THE HONORABLE MARY F. WALRATH
                                 Mark D. Collins (No. 2981), Paul Heath (No. 3704), RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, (302) 651-7700 (Telephone), (302) 651-7701 (Facsimile) and AKIN GUMP STRAUSS HAUER & FELD LLP, Ira S. Dizengoff, admitted pro hac vice, One Bryant Park, New York, NY 10036, (212) 872-1000 (Telephone), (212) 872-1002 (Facsimile), AKIN GUMP STRAUSS HAUER & FELD LLP, Scott L. Alberino, admitted pro hac vice, 1333 New Hampshire Avenue, N.W., Washington DC 20036, (202) 887-4000 (Telephone), (202) 887-4288 (Facsimile), Attorneys for the Debtors and Debtors in Possession
¹The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (Delaware) (2788), Aurora Energy LLC (Utah) (6650), NexGen Energy Canada, Inc. (Colorado) (9277), Trident CBM Corp. (California) (3534), and Trident USA Corp. (Delaware) (6451).

---



**It's not just travel.**

**It's a trip.**

**Globe Travel**
*Wednesday and Saturday in The Globe and Mail*

# AFFIDAVIT

STATE OF TEXAS             )
                              ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>March 30, 2010</u>; advertiser: <u>Trident Resources Corp., et al.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
30th day of <u>March, 2010</u>.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

# AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that

Publisher of THE WALL STREET JOURNAL, a daily

circulation throughout the United States, and that the N(

been regularly published in THE WALL STREET JOU

for <u>one</u> insertion(s) on the following date(s): <u>March 30,</u>

<u>Resources Corp., et al.</u>; and that the foregoing statement

of my knowledge.



Sworn to before me this
30th day of <u>March, 2010</u>.


Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**BANKRUPTCIES**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Chapter 11
TRIDENT RESOURCES CORP., et al.,¹ Case No. 09-13150 (MFW)
Debtors. (Jointly Administered)

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE) (BAR DATE IS APRIL 26, 2010 AT 5:00 P.M. PREVAILING EASTERN TIME)**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 8, 2009, the debtors and debtors in possession (each a Debtor, and collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). Set forth below are the names, addresses and respective case numbers for the Debtors:

**DEBTOR, ADDRESS, CASE NO.:** Trident Resources Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13150; NexGen Energy Canada, Inc., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13151; Trident USA Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta, T2P 0X8 CA, 09-13152; Trident CBM Corp., 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13153; Aurora Energy LLC, 444 - 7 Avenue SW, Suite 1000, Calgary, Alberta T2P 0X8 CA, 09-13154.

2. On March 23, 2010, the Court entered an order [Docket No. 285] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the Debtors' chapter 11 cases.

3. Pursuant to the Bar Date Order, all persons and entities, including individuals, partnerships, estates, trusts and governmental units who have a claim or potential claim, (including claims under section 503(b)(9) of the Bankruptcy Code), against any of the Debtors that arose prior to September 8, 2009, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **April 26, 2010 at 5:00 p.m. (Prevailing Eastern Time)** (the "Bar Date"), by sending an original proof of claim form to: **If by mail:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845; or **If by hand or overnight courier:** Trident Resources Corp. Claims Processing Center, c/o The Garden City Group, Inc., 5151 Blazer Parkway, Suite A, Dublin, OH 43017. **Proofs of claim sent via facsimile or e-mail will not be accepted.**

4. **EACH OF THE DEBTORS ARE ALSO DEBTOR APPLICANTS IN PROCEEDINGS COMMENCED UNDER THE COMPANIES CREDITORS' ARRANGEMENT ACT (CANADA) IN THE COURT OF QUEENS BENCH ALBERTA, JUDICIAL DISTRICT OF CALGARY (THE "CANADIAN PROCEEDINGS"). ALL CLAIMS AGAINST THE DEBTORS MUST BE FILED IN, AND ONLY IN, THE CHAPTER 11 CASES, IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN THE BAR DATE ORDER. NO CLAIMS AGAINST THE DEBTORS FILED IN THE CANADIAN PROCEEDINGS WILL BE CONSIDERED OR DEEMED TIMELY FILED. FOR INFORMATION REGARDING THE CANADIAN PROCEEDINGS OR INSTRUCTIONS TO FILE A PROOF OF CLAIM WITH THE CANADIAN COURT FOR CANADIAN DEBTORS THAT ARE NOT ALSO DEBTORS IN THESE CHAPTER 11 CASES, PLEASE VISIT http://cfcanada.fticonsulting.com/trident/ OR CALL (403) 770-1691.**

5. **ANY PERSON OR ENTITY (EXCEPT A PERSON OR ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE WILL BE FOREVER BARRED AND ESTOPPED FROM VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION OR LIQUIDATION IN THESE CHAPTER 11 CASES, AND THE DEBTORS AND THEIR PROPERTY WILL BE DISCHARGED FROM ANY AND ALL LIABILITY WITH RESPECT TO THAT CLAIM.**

6. A copy of the Bar Date Order or a proof of claim form may be obtained by visiting www.tridentrestructuring.com or by contacting the Debtors' claims agent, in writing, at The Garden City Group, Inc., P.O. Box 9545, Dublin, OH 43017-4845, or by calling (866) 352-6496. The Debtors' Schedules and the Bar Date Order are also available online at www.tridentrestructuring.com. The Court's docket sheet and documents are also accessible at the Court's internet site: https://ecf.deb.uscourts.gov through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

Dated: March 23, 2010  BY ORDER OF THE COURT:
Wilmington, Delaware  THE HONORABLE MARY F. WALRATH

Mark D. Collins (No. 2981), Paul Heath (No. 3704), RICHARDS, LAYTON & FINGER, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, (302) 651-7700 (Telephone), (302) 651-7701 (Facsimile) and AKIN GUMP STRAUSS HAUER & FELD LLP, Ira S. Dizengoff, admitted pro hac vice, One Bryant Park, New York, NY 10036, (212) 872-1000 (Telephone), (212) 872-1002 (Facsimile), AKIN GUMP STRAUSS HAUER & FELD LLP, Scott L. Alberino, admitted pro hac vice, 1333 New Hampshire Avenue, N.W., Washington DC 20036, (202) 887-4000 (Telephone), (202) 887-4288 (Facsimile), Attorneys for the Debtors and Debtors in Possession

¹The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (Delaware) (2788), Aurora Energy LLC (Utah) (6650), NexGen Energy Canada, Inc. (Colorado) (9277), Trident CBM Corp. (California) (3534), and Trident USA Corp. (Delaware) (6451).

# LEGAL NOTICES

**GLOBAL, NATIONAL, REGIONAL**
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

*[Legal notices fine print – UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK, In re LYONDELL CHEMICAL COMPANY, et al., Case No. 09-10023 (REG); UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, In re TRIDENT RESOURCES CORP., et al., Case No. 09-13150 (MFW); IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, In re TLC Vision (USA) Corporation, et al., Case No. 09-14473 (KG); IN THE MATTER OF THE SCHEMES OF ARRANGEMENT OF MARCONI CORPORATION PLC AND MARCONI PLC – detailed text illegible]*



Get Noticed.

Legal Notices.

Advertise Today.
Call 1-800-845-9720
or email
sales.legalnotices@wsj.com

**THE WALL STREET JOURNAL**

---

# CORPORATE NEWS

## Car Demand Boosts Japan Retail Sales

BY TAKASHI MOCHIZUKI

TOKYO—Japanese retail sales posted their biggest gain in 13 years in February, data showed Monday, as the government's incentive programs for fuel-efficient cars and flat-screen television sets continued to underpin consumer activity.

But despite the surge in sales, analysts said consumer sentiment remains fragile as deflation and weak employment conditions continue to cloud the outlook for the nation's economy.

Retail sales rose 4.2% from a year earlier in February, after a 2.3% increase in January, marking the sharpest gain since a 12.4% rise in March 1997, the Ministry of Economy, Trade and Industry said.

The figures suggest government stimulus measures still support personal spending in Japan, analysts said. Japan's economy, which has been recovering on robust export growth, is still vulnerable to fluctuations in overseas demand.

In February, sales of cars gained by 15%, the data showed.

There was no impact from massive recalls by Toyota Motor Corp., the government said. Toyota, Japan's biggest auto maker, has recalled nearly nine million vehicles world-wide following a series of complaints and a slew of lawsuits linking vehicle flaws to 52 deaths in the U.S.

Sales of electrical appliances such as flat-screen TV sets increased 8.6%. Sales of gasoline rose 20.7% because of higher crude-oil prices, and sales of spring-season clothing improved 8.4% because of warmer-than-usual weather during the month, the government said.

Sales at large-scale retailers declined 4% from a year earlier, the 23rd straight monthly fall, as consumers reined in purchases of luxury goods because of concerns over wages and job security, the government said.

"Deflation is expected to be prolonged, which may prompt consumers to tighten purse strings," said Norio Miyagawa, an economist at Shinko Research Institute.

*— Miho Nakauchi contributed to this article.*

---

■ June 5, 2009: Rio Tinto backs out of a $19.5 billion deal to allow its largest shareholder, Chinalco, to boost its stake.

■ June 30: Iron-ore pricing negotiations with China break down as Rio Tinto refuses to agree to a price cut.

■ July 5: Four Rio Tinto staff detained in China. China later says Australian Stern Hu stole state secrets using illegal means, including bribery, during iron-ore talks.

■ July 16-17: Rio Tinto tells foreign staff to leave China, and rejects China's allegations.

■ July 19: China shifts allegations to commercial crimes.

■ July 23: Australia's foreign minister urges quick resolution of case.

■ Aug. 11: Prosecutors approve arrest of the four men on charges of infringing trade secrets and bribery.

■ Aug. 27: Australian trade minister says Mr. Hu must accept the penalty if convicted.

■ Sept. 4: Rio Tinto says it suspended price talks.

■ Oct. 25: Foreign minister says relations with China are back to 'business as usual.'

■ Feb. 10: Chinese government indicts the four executives on charges related to bribery and stealing commercial secrets.

■ March 22: Trial opens in Shanghai with a surprise when the men admit they accepted bribes.

■ March 29: Mr. Hu and colleagues are found guilty, fined and sentenced to terms from seven to 14 years. Rio Tinto, accepting verdict, fires them.



Stern Hu, fired by Rio Tinto

## Rio Tinto's Employees Are Sentenced in China

Continued from page B1

ticularly after such a public case. Doing anything else would expose it to risks that include shareholder lawsuits and lost government contracts.

The lengthy sentences against Mr. Hu and his three subordinates suggested the court was little moved by their admissions of some guilt and explanations. The three subordinates—Chinese nationals Wang Yong, Ge Minqiang and Liu Caikui—were sentenced to 14, eight and seven years respectively.

Mr. Hu must pay fines of one million yuan, or $146,000, in addition to serving 10 years in prison, starting with his detention July 2009. Mr. Hu's three colleagues face a combined 6.7 million yuan in fines.

In the eight months that led up to the trial and its 2½-day session last week, few details of the allegations were spelled out publicly. But on Monday, journalists previously barred from the court property were permitted to watch the final proceedings by closed-circuit television from a courtroom annex.

Judge Liu Xin spent most of the 35-minute proceeding reading bullet-point accusations of how the four steered iron-ore shipments to more than a dozen Chinese steelmakers in exchange for bribes valued in the hundreds of thousands of dollars each. One such payment from a steel tycoon was disguised as a home loan, according to the accusations.

In June, the judge said, as Rio Tinto and a Chinese steel-industry association were locked in a tense negotiation over iron-ore prices, Mr. Hu huddled with an executive of a major steelmaker at Beijing's five-star China World Hotel, where he learned in advance how the association intended to bid for the mineral at a coming round of talks.

The judge alleged a "direct cause-and-effect relationship" between the actions of the Rio Tinto employees and extra charges of over one billion yuan to China's steel industry for iron ore last year.

"They used illegal means to obtain commercial secrets that put the Chinese steel industry in a powerless position," he said.

The case could spur changes in how iron ore gets priced in China, an issue with potentially global repercussions. China, which produced around 40% of last year's global output of steel, imported $50.14 billion of the feedstock iron ore last year, but has been frustrated at how its demand has driven commodity charges up in recent years.

Today, the global iron-ore trade is dominated by three companies with multibillion-dollar businesses selling minerals in China. Rio Tinto sold $10.69 billion of ore and other minerals to China last year. The others are BHP Billiton Ltd. with $9.9 billion in China sales in the year ended June and Brazil's Vale SA, which reported $9.0 billion in China sales for 2009.

The Rio Tinto employees' detention in July appeared to many as highly politicized, since it came at a time when Rio Tinto was rattling China in at least three ways. It was considering a $120 billion merger with rival BHP that China feared would create a behemoth able to dictate pricing of minerals key to its industries. Rio Tinto had also just backed out of a $19.5 billion deal to allow its largest shareholder, Aluminum Corp. of China, or Chinalco, to boost its stake.

Ten days earlier, talks to price iron ore for the year had collapsed over Rio Tinto's refusal to acquiesce to a Chinese manufacturing group's demands for a sizable price cut.

Recent weeks, such tensions have been nowhere in sight. Rio Tinto expressed a desire to move on. "I want to look to the future," Chief Executive Officer Tom Albanese told a conference in Beijing last week shortly before shaking hands with Premier Wen Jiabao.

In the time since the case broke, Rio Tinto and BHP have backed off their $120 billion merger plan. On the eve of the trial, Rio Tinto announced a $1.35 billion deal allowing Chinalco to directly share in the production of iron ore in Africa.

*—Alex Wilson, Rachel Pannet, Bai Lin, Li Yue and Michelle Ng contributed to this article.*