# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
TRIDENT RESOURCES CORP., et al.,[1]                            :   Case No. 09-13150 (MFW)
                                                               :
                                                               :   (Jointly Administered)
                                                               :
                                            Debtors.           :   **Hearing Date: 5/3/10 at 10:30 a.m. EDT**
---------------------------------------------------------------x   **Obj. Deadline: 4/26/10 at 4:00 p.m. EDT**

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on April 16, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Motion for Entry of an Order (I) Approving the Notice of Disclosure Statement Hearing; (II) Approving the Disclosure Statement; (III) Fixing the Record Date; (IV) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan of Reorganization; (V) Approving Solicitation Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan of Reorganization; (VII) Establishing Voting Deadline; (VIII) Approving Procedures for Vote Tabulation; (IX) Approving the Rights Offering Procedures and Subscription Form; and (X) Authorizing the Employment and Retention of Epiq Systems as Subscription Agent *Nunc Pro Tunc* to April 8, 2010** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **April 26, 2010 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **May 3, 2010 at 10:30 a.m. (Eastern Daylight Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 16, 2010
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Paul Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (Telephone)
(302) 651-7701 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff, admitted *pro hac vice*
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Scott L. Alberino, *pro hac vice* admission pending
1333 New Hampshire Avenue, N.W.
Washington DC 20036
(202) 887-4000 (Telephone)
(202) 887-4288 (Facsimile)

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION