IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
TRIDENT RESOURCES CORP., et al.,[1]                         :   Case No. 09-13150 (MFW)
                                                            :
                                                            :   (Jointly Administered)
                                                            :
                                    Debtors.                :
------------------------------------------------------------x

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING THE DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND (B) OCCURRENCE OF EFFECTIVE DATE

**TO CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Mary F. Walrath, United States Bankruptcy Judge, confirming the Second Amended Joint Plan of Reorganization of Trident Resources Corp. and Certain Affiliated Debtors and Debtors in Possession (as supplemented and as may be further amended, the "Plan"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on June 15, 2010. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

        PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available by accessing the Court's website: http://www.deb.uscourts.gov. A pacer password and login are needed to access documents on the Court's website. A pacer password can be obtained at http://www.pacer.psc.uscourts.gov. The Confirmation Order may also be accessed on The Garden City Group's website at www.tridentrestructuring.com.

        PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on June 30, 2010.

        PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Interest in, the

---

[1] The Debtors in these Chapter 11 Cases, along with each Debtor's place of incorporation and the last four digits of its federal tax identification number, where applicable, are: Trident Resources Corp. (*Delaware*) (2788), Aurora Energy LLC (*Utah*) (6650), NexGen Energy Canada, Inc. (*Colorado*) (9277), Trident CBM Corp. (*California*) (3534), and Trident USA Corp. (*Delaware*) (6451).

Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan, as provided in the Plan.

Dated: July 1, 2010  
Wilmington, Delaware

Respectfully submitted,

_____  
Mark D. Collins (No. 2981)  
Paul Heath (No. 3704)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
(302) 651-7700 (Telephone)  
(302) 651-7701 (Facsimile)

and

AKIN GUMP STRAUSS HAUER & FELD LLP  
Ira S. Dizengoff, admitted *pro hac vice*  
David A. Kazlow, admitted *pro hac vice*  
One Bryant Park  
New York, NY 10036  
(212) 872-1000 (Telephone)  
(212) 872-1002 (Facsimile)

AKIN GUMP STRAUSS HAUER & FELD LLP  
Scott L. Alberino, admitted *pro hac vice*  
Joanna F. Newdeck, admitted *pro hac vice*  
Daniel J. Harris, admitted *pro hac vice*  
1333 New Hampshire Avenue, N.W.  
Washington DC 20036  
(202) 887-4000 (Telephone)  
(202) 887-4288 (Facsimile)

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION